UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES COAKLEY and Wife,
ANTONYA COAKLEY                                                                                        PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:22-cv-00251-TSL-LGI

ARCHIE FRANKLIN COLE, JR. and
HANSEN & ADKINS AUTO TRANSPORT, INC.                                      DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the joint motion *ore tenus* of Plaintiffs James Coakley and Wife Antonya Coakley ("Plaintiffs") and Defendants Archie Franklin Cole, Jr. and Hansen & Adkins Auto Transport, Inc. (collectively "Defendants") to dismiss, with prejudice, the Complaint and any and all claims and causes of action that the Plaintiffs have or may have against the Defendants, and that there remain no issues to be litigated by or between the parties not adjudicated and determined by the Court, and the parties have consented to the entry of this Judgment and agreeing that this cause should be dismissed with prejudice with each party to bear their own costs, and Plaintiffs have agreed to resolve, as part of the agreed settlement between the parties, any and all subrogation, assignment and/or reimbursement claims of Medicare, Medicaid, Veterans Affairs, any insurers, welfare benefit plans, and medical care providers and/or suppliers that exist as a result of the subject accident. The Court, being fully advised in the premises, finding that it has jurisdiction over the parties and the subject matter, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above-styled and number cause should be and is hereby dismissed in its entirety with prejudice with each party to bear its

1

own costs. The Court will retain jurisdiction in this matter until June 3, 2024 in order to enforce the settlement described herein.

SO ORDERED AND ADJUDGED this the 23rd day of April, 2024.

/s/ Tom S. Lee
U.S. DISTRICT COURT JUDGE

Prepared By:

/s/David C. Dunbar
David C. Dunbar, Esq.
Christopher G. Dunnells, Esq.
DunbarMonroe, PLLC
*Attorney for Defendants*

Agreed To:

/s/John L. Walker
John L. Walker, Esq.
Walker Law Group, P.C.
*Attorney for Plaintiffs*